COOLEY LLP
SHANNON M. EAGAN (212830) (seagan@cooley.com)
SHAWNA V. BENFIELD (290511) (sbenfield@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Attorneys for Plaintiff
CYTOKINETICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYTOKINETICS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PHARM-OLAM INTERNATONAL, LTD.,<br><br>Defendant. | Case No. 4:14-cv-05256-JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>**Judge:** Hon. Jeffrey S. White<br><br>**Courtroom:** 5 |

WHEREAS, on December 31, 2014 the Court set this matter for a case management conference to be held on February 27, 2015 (Dkt. No. 23.),

WHEREAS, counsel for plaintiff Cytokinetics, Inc. has a conflict that will require lead counsel to be out of town on February 27, 2015,

WHEREAS, the Parties mutually agree to continue the Case Management Conference to Friday, March 27, 2015 at 11:00 A.M.,

Accordingly, the Parties hereby STIPULATE that:

The Case Management Conference is continued to Friday, March 27, 2015 at 11:00 A.M. at the United States District Court for the Northern District of California, Oakland Courthouse, 1301 Clay Street, Oakland CA 94612, Courtroom 5, Second Floor. In accordance with the Rules,

the joint case management statement shall be filed no later than **five (5) court days** prior to the conference. The Parties will conduct their Federal Rule of Civil Procedure 26(f) conference on March 6, 2015.

Dated: January 22, 2015

COOLEY LLP
SHANNON M. EAGAN (212830)
SHAWNA V. BENFIELD (290511)

*/s/ Shannon M. Eagan*
SHANNON M. EAGAN (214696)
Attorneys for Plaintiff
CYTOKINETICS, INC.

Dated: January 22, 2015

FREEMAN MATHIS & GARY, LLP
JULIE A. MARQUIS (178466)
KACIE L. MANISCO (294242)

*/s/ Kacie L. Manisco*
KACIE L. MANISCO (178466)
Attorneys for Defendant
PHARM-OLAM INTERNATIONAL, LTD.

IT IS SO ORDERED.

Dated: January 22, 2015

By: _____
Hon. Jeffrey S. White
United States District Court Judge

113381808 v1