1  Michael Wolak, III (GA SBN 773197)
   mwolak@fmglaw.com
2  Kacie L. Manisco (SBN 294242)
   kmanisco@fmglaw.com
3  FREEMAN MATHIS & GARY, LLP
4  Three Embarcadero Center, 8th Floor
   San Francisco, CA  94111
5  Telephone: (415) 394-9500
   Facsimile:  (415) 394-9501
6
7  Attorneys for Defendant
   Pharm-Olam International, Ltd.
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CYTOKINETICS, INC., | CASE NO.:  4:14-cv-05256-JSW |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND OTHER PENDING DEADLINES** |
| v. | |
| PHARM-OLAM INTERNATIONAL, LTD., | |
| Defendant. | |

1  This Stipulation is entered into by and among plaintiff CYTOKINETICS, INC. ("Plaintiff")
2  and defendant PHARM-OLAM INTERNATIONAL, LTD. ("Defendant") (Plaintiff and Defendant,
3  collectively "the Parties"), by and through their respective counsel.
4  WHEREAS, Plaintiff filed a complaint in the above-captioned action on December 1, 2014;
5  WHEREAS, on January 23, 2015, Defendant filed a Motion to Dismiss Pursuant to Federal
6  Rule of Civil Procedure 12(b)(6), or in the alternative, to Transfer Venue (the "Motion");
7  WHEREAS, the Court set this matter for a case management conference to be held on
8  February 27, 2015 (Dkt. No. 23);
9  WHEREAS, counsel for Plaintiff had a conflict that required lead counsel to be out of town
10 on February 27, 2015;
11 WHEREAS, the Parties stipulated to, and the Court entered an Order, continuing the Case
12 Management Conference to Friday, March 27, 2015 (Dkt. No. 25);
13 WHEREAS, lead counsel for Defendant now has a conflict on March 27, 2015;
14 WHEREAS, the Parties have conferred and agree to continue the Case Management
15 Conference until April 10, 2015.
16 NOW, THEREFORE, pursuant to Civil Local Rule 6-2(a), the Parties hereby stipulate and
17 agree, through their respective counsel as follows:
18     1. The March 27, 2015 Case Management Conference shall be taken off calendar, and
19        rescheduled for **April 10, 2015 at 11:00 a.m.**, or another date and time that is
20        convenient for the Court.
21     2. The deadline to file the Joint Case Management Statement shall be ~~due no later than~~ April 3, 2015.
22        ~~five (5) court days prior to the newly scheduled date for the Case Management~~
23        ~~Conference.~~
24 **IT IS SO STIPULATED.**
25 Dated: March 9, 2015                    FREEMAN MATHIS & GARY LLP
26
27                                         By: /s/ Kacie Manisco
                                           Kacie Manisco
28                                         Attorneys for Defendant PHARM-OLAM
                                           INTERNATIONAL, LTD.

-1-

STIPULATION & [~~PROPOSED~~] ORDER TO CONTINUE CMC        CASE NO. 4:14-CV-05256-JSW

1
2  Dated:  March 9, 2015                           COOLEY LLP
3
4                                                  By: /s/ Shannon M. Eagan
                                                       Shannon M. Eagan
5                                                      Attorney for Plaintiff CYTOKINETICS, INC.
6
7         PURSUANT TO STIPULATION, IT IS SO ORDERED.
8
9  DATED: March 10, 2015                           _____
10                                                 THE HONORABLE JEFFREY S. WHITE
                                                   UNITED STATES DISTRICT COURT JUDGE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28