REES F. MORGAN (State Bar No. 229899)
MARK L. HEJINIAN (State Bar No. 281417)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email: ef-rfm@cpdb.com,
ef-mlh@cpdb.com

Attorneys for Defendant
PHARM-OLAM INTERNATIONAL, LTD.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CYTOKINETICS, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>PHARM-OLAM INTERNATIONAL, LTD.,<br><br>  Defendant.<br><br>DATATRAK INTERNATIONAL, INC.<br><br>  New Party Plaintiff,<br><br>  v.<br><br>PHARM-OLAM INTERNATIONAL, LTD.,<br><br>  Defendant. | Case No. 4:14-cv-05256-JSW<br><br>[PROPOSED] AMENDED SCHEDULING ORDER<br>AS MODIFIED<br>Judge: Hon. Jeffrey S. White<br><br>Trial Date:    October 3, 2016 |

Having considered the parties' Joint Stipulation related to extending certain deadlines in the Court's April 20, 2015 Scheduling Order in this matter, and good cause appearing therein, IT IS ORDERED that the deadlines in the Scheduling Order are amended as follows:

    (1) Jury Trial:                             June 12, 2017 May 15, 2017, 8:00 a.m., 12 days

    (2) Jury Selection:                     June 7, 2017 May 10, 2017, 8:00 a.m.

| | | |
|---|---|---|
| (3) Pretrial Conference: | May 22, 2017 ~~April 10, 2017~~, 2:00 p.m. | |
| (4) Last Day to Hear Dispositive Motions: | Friday, March 10, 2017, 9:00 a.m. | |
| (5) Last Day for Expert Discovery: | February 8, 2017 | |
| (6) Last Day for Expert Disclosure: | January 11, 2017 | |
| (7) Close of Non-expert Discovery: | September 23, 2016 | |

IT IS SO ORDERED.

DATED: December 18, 2015

By: *Jeffrey S. White*
HON. JEFFREY S. WHITE
United States District Court Judge