# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| CYTOKINETICS, INC., | Case No. 14-cv-05256-JSW |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATED REQUEST TO SET CASE MANAGEMENT CONFERENCE** |
| PHARM-OLAM INTERNATIONAL, LTD., | Re: Dkt. No. 65 |
| Defendant. | |

The Court GRANTS the stipulated request of Plaintiff Cytokinetics, Inc. and Defendant Pharm-Olam International, Ltd., to set a case management conference. The Court will hold a case management Conference in this case on April 8, 2016, at 11:00 a.m., in Courtroom 5, 2nd Floor, Federal Courthouse, 1301 Clay Street, Oakland, California.

All parties shall appear at the case management conference in person through lead trial counsel with the authority to enter stipulations, to make admissions, and to agree to further scheduling dates.

The parties shall file a supplemental joint case management statement no later than April 5, 2016. In addition to all other issues to be addressed in the joint case management statement, the joint case management statement must show good cause in support of the parties' request for relief from the Court's Civil Standing Order, Section Nine.

Additionally, the Court reminds the parties that every motion, including stipulated motions, must be accompanied by a proposed order. *See* N.D. Cal. Civil L.R. 7-1(a), 7-2(c).

**IT IS SO ORDERED.**

Dated: April 1, 2016

_____
JEFFREY S. WHITE
United States District Judge