# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYTOKINETICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PHARM-OLAM INTERNATIONAL, LTD., <br><br> Defendant. | Case No. 14-cv-05256-JSW <br><br> **ORDER RE-SETTING BRIEFING SCHEDULE FOR DATATRAK'S MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br> Re: Dkt. No. 74 |

The Court has received the motion for partial summary judgment filed by Datatrak International, Inc. on April 29, 2016. The Court VACATES the briefing schedule set by Datatrak via the Court's electronic filing system and re-sets the briefing schedule for Datatrak's motion as follows. Any responses to the motion are due May 13, 2016. *See* N.D. Cal. Civil. L.R. 7-3(a). Datatrak's reply in support of the motion is due May 20, 2016. *See* N.D. Cal. Civil. L.R. 7-3(c). The hearing for the motion remains on calendar for June 17, 2016, at 9:00 a.m.

This order does not alter the briefing schedule previously established for the cross-motions to be filed by Cytokinetics, Inc., and Pharm-Olam International, Ltd. (Dkt. No. 73.)

**IT IS SO ORDERED.**

Dated: May 2, 2016

JEFFREY S. WHITE
United States District Judge