**1** RICHARD R. PATCH (State Bar No. 88049)
REES F. MORGAN (State Bar No. 229899)
**2** MARK L. HEJINIAN (State Bar No. 281417)
COBLENTZ PATCH DUFFY & BASS LLP
**3** One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
**4** Telephone: 415.391.4800
Facsimile: 415.989.1663
**5** Email: ef-rrp@cpdb.com
     ef-rfm@cpdb.com
**6**    ef-mlh@cpdb.com

**7** Attorneys for Defendant
PHARM-OLAM INTERNATIONAL, LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| CYTOKINETICS, INC., | Case No. 4:14-cv-05256-JSW |
| Plaintiff, | |
| v. | **[PROPOSED]** ORDER REGARDING NOTICE OF SETTLEMENT |
| PHARM-OLAM INTERNATIONAL, LTD., | |
| Defendant. | Judge: Hon. Jeffrey S. White |
| DATATRAK INTERNATIONAL, INC. | |
| New Party Plaintiff, | |
| v. | |
| PHARM-OLAM INTERNATIONAL, LTD., | |
| Defendant. | |

1  Having considered the parties' notice of settlement, including the request that all further
2  dates in this case be vacated, and good cause appearing therein, IT IS ORDERED that all presently
3  calendared deadlines and appearances are VACATED.

4  DATED: May __10__, 2016

   _____
   Hon. Jeffrey S. White

Coblentz Patch Duffy & Bass LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663