| | |
|---|---|
| 1 | COOLEY LLP |
| | SHANNON M. EAGAN (212830) |
| 2 | (seagan@cooley.com) |
| | HEATHER DUNN NAVARRO (238158) |
| 3 | (hdnavarro@cooley.com ) |
| | SHAWNA V. BENFIELD (290511) |
| 4 | (sbenfield@cooley.com) |
| | 3175 Hanover Street |
| 5 | Palo Alto, CA  94304-1130 |
| | Telephone:    (650) 843-5000 |
| 6 | Facsimile:    (650) 849-7400 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CYTOKINETICS, INC., | Case No.  4:14-cv-05256-JSW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
| and | AS MODIFIED |
| DATATRAK INTERNATIONAL, INC., | |
| New Party Plaintiff, | |
| v. | |
| PHARM-OLAM INTERNATIONAL, LTD., | |
| Defendant. | |

**WHEREAS,** on December 1, 2014, Plaintiff Cytokinetics, Inc. ("Cytokinetics") filed a complaint in the above-captioned action (the "Action") against Defendant Pharm-Olam International, Ltd. ("Pharm-Olam") alleging fraudulent inducement, breach of contract and negligence by Pharm-Olam in connection with its performance as the data management vendor for the BENEFITS-ALS clinical trial;

**WHEREAS,** on March 24, 2015, Pharm-Olam filed an answer, denying the allegations in the complaint;

**WHEREAS,** on June 5, 2015, Datatrak International, Inc. ("Datatrak") filed a motion to intervene as a New Party Plaintiff, seeking a declaratory judgment that the indemnification provision of the agreement between Pharm-Olam and Datatrak did not require Datatrak to indemnify Pharm-Olam for the claims asserted against Pharm-Olam by Cytokinetics;

**WHEREAS,** on July 1, 2015, the Court granted Datatrak's motion and Datatrak filed its complaint against Pharm-Olam;

**WHEREAS,** on July 21, 2015, Pharm-Olam filed an answer to Datatrak's complaint, denying the allegations therein, and brought a counterclaim for a declaratory judgment that Datatrak must indemnify Pharm-Olam for the claims asserted against it by Cytokinetics;

**WHEREAS,** on August 17, 2015, Datatrak filed an answer to Pharm-Olam's counterclaim, denying the allegations therein;

**WHEREAS,** on May 10, 2016, Cytokinetics, Pharm-Olam and Datatrak filed a Notice of Settlement requesting that all calendared deadlines be vacated pending the performance of conditions contained within the parties' Settlement Agreement. On the same day, the court entered an order vacating all such deadlines;

**WHEREAS,** on or around June 7, 2016, Cytokinetics, Pharm-Olam and Datatrak entered into a Settlement Agreement and Mutual Waiver and General Release of All Claims ("Settlement Agreement") in the Action thereby resolving all disputes among the parties, the conditions of which have now been met;

**BASED ON THE FOREGOING, IT IS HEREBY STIPULATED AND AGREED** by and among Cytokinetics, Pharm-Olam and Datatrak, through their respective undersigned

counsel, that the above action is hereby **DISMISSED WITH PREJUDICE** and that the Court may enter judgment herein dismissing the above-captioned action with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorneys' fees.

Respectfully submitted,

Dated: July 8, 2016                COOLEY LLP

                                   */s/ Shannon M. Eagan*
                                   Shannon M. Eagan (212830)

                                   Attorneys for Plaintiff CYTOKINETICS, INC.

Dated:  July 8, 2016               CALFEE HALTER & GRISWOLD LLP
                                   *Admitted Pro Hac Vice*
                                   Kimberly Moses (Ohio No. 0029601)

                                   WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP


                                   */s/ Frances J. Torrence*
                                   Frances J. Torrence (154653)

                                   Attorneys for New Party Plaintiff DATATRAK INTERNATIONAL, INC.

Dated:  July 8, 2016               COBLENTZ PATCH DUFFY & BASS LLP


                                   */s/ Rees F. Morgan*
                                   Rees F. Morgan (229899)

                                   Attorneys for Defendant PHARM-OLAM INTERNATIONAL, LTD.

ORDER

Pursuant to the above stipulation, this case is DISMISSED with prejudice. The Clerk shall close the file.

**IT IS SO ORDERED,** this  11th  day of July, 2016.

Dated: July 11, 2016
                                   _____
                                   JEFFREY S. WHITE
                                   United States District Judge

133620764 v1

3.

STIPULATION OF DISMISSAL
CASE NO. 4:14-CV-05256-JSW